ANTIONNE JEREMIAH SELLERS
TASHAYA JANITA CRUMP
1307 WINTERVIEW DR
JACKSON, MS 39211

HARRIS & HARRIS
222MERCHANDISE MART PL
STE 1900
CHICAGO, IL 60654

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

NELNET
PO BOX 82561
LINCOLN, NE 68501

ACIMA
9815 S MONROE ST
SANDY, UT 84070

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

NET CREDIT
P.O. BOX 206766
DALLAS, TX 75320

BAPTIST MEDICAL GROUP
P.O. BOX 74533
ATLANTA, GA 30384-5333

LAKELAND SURGICAL CLIN
971 LAKELAND DR
STE 1460
JACKSON, MS 39216

PROGRESSIVE LEASING
256 W DATA DR
DRAPER, UT 84020

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

LVNV FUNDING LLC
ATTN: BANKRUPTCY
PO BOX 1269
GREENVILLE, SC 29602

SANTANDER CONSUMER USA
ATTN: BANKRUPTCY
PO BOX 961211
FORT WORTH, TX 76161

CAPITAL ONE AUTO
ATTN: BANKRUPTCY
7933 PRESTON RD
PLANO, TX 75024

MERCURY CARD
P.O. BOX 70168
PHILADELPHIA, PA 19101

SPRINGLF FIN
PO BOX 1010
EVANSVILLE, IN 47706

CENTRAL RESEARCH INC
ATTN: BANKRUPTCY
P.O. BOX 83106
LINCOLN, NE 68501

MIDLAND CREDIT MANAGEM
P.O. BOX 60578
LOS ANGELES, CA 90060

THE BANK OF MISSOUI
216 W 2ND ST
DIXON, MO 65459

CREDIT COLLECTION SERV
ATTN: BANKRUPTCY
725 CANTON ST
NORWOOD, MA 02062

MISSION LANE TAB BANK
PO BOX 105286
ATLANTA, GA 30348

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

CREDIT ONE BANK
ATTN: BANKRUPTCY DEPT
6801 CIMARRON RD
LAS VEGAS, NV 89113

MOUNTAIN LAUREL ASSURA
P.O. BOX 55126
BOSTON, MA 02205

VERVE MASTERCARD
PO BOX 31292
TAMPA, FL 33631-3292

WFBNA HL
PO BOX 10335
DES MOINES, IA 50306

XFINITY/COMCAST
600 GALLERIA PKWY SE
ATLANTA, GA 30339