Certificate Number: 05781-MSS-DE-040957440

Bankruptcy Case Number: 26-01131



05781-MSS-DE-040957440

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 9, 2026</u>, at <u>4:22</u> o'clock <u>PM PDT</u>, <u>Antionne Sellers</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Southern District of Mississippi</u>.

Date:   <u>May 9, 2026</u>                    By:      <u>/s/Allison M Geving</u>

                                         Name:   <u>Allison M Geving</u>

                                         Title:    <u>President</u>