Certificate Number: 05781-MSS-DE-040957441

Bankruptcy Case Number: 26-01131



05781-MSS-DE-040957441

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 9, 2026, at 4:22 o'clock PM PDT, Tashaya Crump Sellers completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   May 9, 2026

By:   /s/Allison M Geving

Name:   Allison M Geving

Title:   President