MSSB-7007.1-Bk (11/23)

**United States Bankruptcy Court**
**Southern District of Mississippi**

In re: Tashaya Janita Crump                                    Case No.: 26-01131-JAW

Antionne Jeremiah Sellers
*Debtor(s)*                                                    Chapter: 13

**Corporate Ownership Statement**

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules,
Capital One Auto Finance, a division of Capital One, N.A.                        , a
[Name of Corporate Party]

**[Check One]**

☒ Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

☐ Corporate Debtor **FRBP 1007(a)(1)**

☐ Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

☐ Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

☐ The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

**OR**

☒ There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: May 12, 2026                /s/ Wesley H. Blacksher
                                  Attorney Signature

                                  Wesley H. Blacksher              BAR #103026
                                  Attorney Name                    State Bar Number

                                  917 Western America Circle, Suite
                                  Address

                                  Mobile, AL 36609
                                  City, State, and Zip Code

                                  (251) 344-5015       HWPoolelaw@gmail.com
                                  Telephone Number     Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**