## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

In re:                                                    Case No.: 26-01131-JAW

Antionne Jeremiah Sellers and
Tashaya Janita Crump,                                     Chapter: 13

        Debtors.

### OBJECTION OF SANTANDER CONSUMER USA INC. DBA CHRYSLER CAPITAL TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN

Santander Consumer USA Inc. dba Chrysler Capital ("Movant"), a secured creditor herein, by and through its undersigned attorney, files its objection to confirmation of the proposed plan and states as follows:

1.      On April 23, 2026, Antionne Jeremiah Sellers and Tashaya Janita Crump (the "Debtors") filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code (the "Petition Date").

2.      This Court has jurisdiction of the parties and the subject matter pursuant to 28 U.S.C. §§157, 1334 and 11 U.S.C. § 1324.

3.      On April 28, 2023, the Debtor Antionne Jeremiah Sellers executed and delivered that certain Retail Installment Sale Contract (the "Note"), which was assigned to MOVANT, for the 2016 Ford F-250 bearing Vehicle Identification Number 1FT7W2A69GEC04305 (the "Collateral"). A true and correct copy of the Note is attached hereto as **Exhibit "A."**

4.      In order to secure its purchase money security interest evidenced by the Note, Movant recorded its lien by notating the Title (the "Title"), a true and correct copy of which is attached hereto as **Exhibit "B."**

5.      On May 11, 2026, the Debtors filed a Modified Chapter 13 Plan (Dkt. 21) (the "Plan").

68411354 v1

6.      Movant has a bifurcated claim in the amount of $23,749.09, filed in this matter as Claim 5. ("MOVANT'S CLAIM").

7.      The Plan correctly classifies Movant's Claim; however, the Plan fails to provide for the proper treatment of Movant's Claim based on the fact that the Plan does not provide adequate assurance of lien retention as to the Collateral.

8.      The Plan also fails to provide that the value, as of the effective date of the Plan, of property to be distributed to Movant under the Plan on account of its claim is not less than the allowed amount of such claim pursuant to 11 U.S.C. § 1325(a)(5)(B)(ii).

9.      The NADA value of the Collateral is $25,100.00, a true and correct copy of which is attached hereto as **Exhibit "C."**

10.     The Plan has not been accepted by Movant pursuant to 11 U.S.C. § 1325(a)(5)(A).

11.     Movant demands that the Plan be amended to provide that Movant be paid its oversecured claim ($23,479.09) and to include the following language: "Santander Consumer USA Inc. dba Chrysler Capital's lien shall be retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under 1328."

WHEREFORE, Movant requests this Court to deny confirmation of the Plan and for such further relief as this Court deems appropriate.

Dated this 4th day of June, 2026.

*/s/ Christopher D. Meyer*

Christopher D. Meyer, Esq. (MSB 103467)
*Attorney for Santander Consumer USA Inc.*
*dba Chrysler Capital*

2

**OF COUNSEL:**
BURR & FORMAN LLP
The Pinnacle at Jackson Place
190 E Capitol Street, Suite M-100
Jackson, MS 39201
Telephone: (601) 355-3434
Facsimile: (601) 355-5150
cmeyer@burr.com

3

68411354 v1

## CERTIFICATE OF SERVICE

HEREBY CERTIFY that a copy of the foregoing has been served on this 4th day of June, 2026, either by electronic transmission or by United States first class mail postage prepaid to the following:

**Debtors:**
Antionne Jeremiah Sellers
1307 Winterview Dr
Jackson, MS 39211

Tashaya Janita Crump
1307 Winterview Dr
Jackson, MS 39211

**Counsel for the Debtors:**
Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

**Trustee:**
Torri Parker Martin
Torri Parker Martin, Chapter 13 Bankruptcy
Trustee
200 North Congress Street, Ste. 400
Jackson, MS 39201

**U.S. Trustee:**
U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

*/s/ Christopher D. Meyer*
OF COUNSEL

4

68411354 v1