# CERTIFICATE OF TITLE

## STATE OF MISSISSIPPI                          ORIGINAL

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1FT7W2A69GEC04305 | FORD | 2016 | F250 | PK | | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 05/05/2023 | | 8 | USED | PU | 79699 ACTUAL |

**OWNER(S)**

SELLERS, ANTIONNE
1307 WINTERVIEW DR
JACKSON MS 39211-3235

**BRANDS**

**BENEFICIARY**

**1ST LIENHOLDER**

CHRYSLER CAPITAL
P O BOX 961272
FORT WORTH TX 76161

**DATE:** 04/28/2023

**2ND LIENHOLDER**

**DATE:**

**MAIL TO**

CHRYSLER CAPITAL
P O BOX 961272
FORT WORTH  TX 76161

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

**1ST LIEN** _____ **BY** _____
                            (LIENHOLDER)                                          (SIGNATURE AND TITLE)

**THIS** _____ **DAY OF** _____ **20** _____

**2ND LIEN** _____ **BY** _____
                            (LIENHOLDER)                                          (SIGNATURE AND TITLE)

**THIS** _____ **DAY OF** _____ **20** _____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE **5TH** DAY OF **MAY** 20 **23**

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1. Mississippi Code of 1972. and subject to the provisions thereof.

CONTROL NUMBER

**MISSISSIPPI DEPARTMENT OF REVENUE**

**VOID IF ALTERED**