# N.A.D.A. Official Used Car Guide
## Automated Vehicle Valuation
Tuesday, May 19, 2026

| | | | |
|---|---|---|---|
| **Guide Edition:** | April 2026 | **Region:** | Southeastern |
| **Vehicle:** | 2016   FORD TRUCKS | | |
| | F-250 Super Duty | **VIN:** | 1FT7W2A69GEC04305 |
| | Crew Cab XLT 6.2L V8 | **Weight:** | 6,442 |
| **Mileage:** | 112,000 | **MSRP:** | $40,780.00 |

**Base Retail:**  $23,825.00    **Base Trade:**  $19,425.00    **Base Loan:**  $17,500.00

## Accessory Adjustments:

| | (Retail) | (Trade) | (Loan) |
|---|---|---|---|
| Aluminum/Alloy Wheels | (w/body) | (w/body) | (w/body) |
| Bluetooth Connection | (w/body) | (w/body) | (w/body) |
| Cruise Control | (w/body) | (w/body) | (w/body) |
| Heated Exterior Mirrors | (w/body) | (w/body) | (w/body) |
| Power Adjustable Mirrors | (w/body) | (w/body) | (w/body) |
| Power Door Locks | (w/body) | (w/body) | (w/body) |
| Power Windows | (w/body) | (w/body) | (w/body) |
| Steering Wheel Mounted AudioControls | (w/body) | (w/body) | (w/body) |

**Mileage Adj.:**  $1,275.00          **(Trade) Accessory Adj.:**          $0.00

## Total N.A.D.A. Official Used Car Values

**Retail:**  $25,100.00          **Trade:**  $20,700.00          **Loan:**  $18,775.00

All NADA Values Reprinted With Permission Of
N.A.D.A. Official Used Car Guide Company  Copyright NADASC 1996