_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: June 25, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON-3 DIVISIONAL OFFICE

IN RE:

|  |  |  |
|---|---|---|
| | * | |
| **TASHAYA JANITA CRUMP and** | * | |
| **ANTIONNE JEREMIAH SELLERS,** | * | **CASE NO.: 26-01131-JAW** |
| | * | |
| | * | |
| **Debtors.** | * | |

### AGREED ORDER (DOCKET #24)

An Objection to Confirmation was filed by **Capital One Auto Finance, a division of Capital One, N.A.** and the Court being advised that the parties have reached an agreement, **IT IS HEREBY ORDERED**:

That the Debtor's Plan shall be amended to pay **Capital One Auto Finance, a division of Capital One, N.A.** a collateral value of $11,745.00 as regards to the 2018 Jeep Cherokee Utility 4D Limited at 8.50% interest over the term of the plan with the Chapter 13 Trustee to determine the monthly payments. The remainder of the claim filed by **Capital One Auto Finance, a division of Capital One, N.A.** shall be treated as all other general unsecured claims.

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall have the authority

to amend the plan payments to comply with the terms of this Order.


## END OF ORDER ##


**AGREED BY:**


ATTORNEY FOR THE DEBTOR                              CHAPTER 13 TRUSTEE


/S/ Thomas Carl Rollins, Jr.                        /S/ Semoune Ellis
Thomas Carl Rollins, Jr.                            Semoune Ellis, MSB#105303
The Rollins Law Firm, PLLC                          Staff Attorney for
trollins@therollinsfirm.com                         Standing Chapter Thirteen Trustee
P.O. Box 13767                                      Torri Parker Martin, MSB #103938
Jackson, MS 39236                                   200 North Congress Street, Suite 400
(601) 500-5533                                      Jackson, MS 39201
                                                    Email: sellis@tpmartinch13.com


ATTORNEY FOR THE CREDITOR

/S/ Wesley H. Blacksher
Wesley H. Blacksher  Bar103026
HWPoolelaw@gmail.com
For the Firm of William C. Poole, LLC
917 Western America Circle
Suite 210
Mobile, AL 36609
(251) 344-5015