United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                          Case No. 26-01131-JAW

Antionne Jeremiah Sellers                                                     Chapter 13

Tashaya Janita Crump

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Jun 25, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Antionne Jeremiah Sellers, Tashaya Janita Crump, 1307 Winterview Dr, Jackson, MS 39211-3235 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2026              Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher D Meyer | on behalf of Creditor Santander Consumer USA Inc d/b/a Chrysler Capital cmeyer@burr.com sberry@burr.com;cmccann@burr.com;kpitts@burr.com;NDBKFL@burr.com |
| Eric C Miller | on behalf of Creditor Wells Fargo Bank  N.A. logsecf@logs.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Tashaya Janita Crump trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Antionne Jeremiah Sellers trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

District/off: 0538-3                          User: mssbad                                   Page 2 of 2
Date Rcvd: Jun 25, 2026                       Form ID: pdf012                          Total Noticed: 1

Torri Parker Martin
                          tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee
                          USTPRegion05.JA.ECF@usdoj.gov

Wesley H. Blacksher
                          on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. BlacksherW@aol.com,
                          debbie_presley.wcp@outlook.com;debbie_presley@bellsouth.net


TOTAL: 7

_____



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: June 25, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON-3 DIVISIONAL OFFICE**

IN RE:

|  |  |  |
|---|---|---|
| | * | |
| **TASHAYA JANITA CRUMP and** | * | |
| **ANTIONNE JEREMIAH SELLERS,** | * | **CASE NO.: 26-01131-JAW** |
| | * | |
| | * | |
| **Debtors.** | * | |

### AGREED ORDER (DOCKET #24)

An Objection to Confirmation was filed by **Capital One Auto Finance, a division of Capital One, N.A.** and the Court being advised that the parties have reached an agreement, **IT IS HEREBY ORDERED**:

That the Debtor's Plan shall be amended to pay **Capital One Auto Finance, a division of Capital One, N.A.** a collateral value of $11,745.00 as regards to the 2018 Jeep Cherokee Utility 4D Limited at 8.50% interest over the term of the plan with the Chapter 13 Trustee to determine the monthly payments. The remainder of the claim filed by **Capital One Auto Finance, a division of Capital One, N.A.** shall be treated as all other general unsecured claims.

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall have the authority

to amend the plan payments to comply with the terms of this Order.


## END OF ORDER ##


**AGREED BY:**


ATTORNEY FOR THE DEBTOR                    CHAPTER 13 TRUSTEE


/S/ Thomas Carl Rollins, Jr.                       /S/ Semoune Ellis
Thomas Carl Rollins, Jr.                           Semoune Ellis, MSB#105303
The Rollins Law Firm, PLLC                         Staff Attorney for
trollins@therollinsfirm.com                        Standing Chapter Thirteen Trustee
P.O. Box 13767                                     Torri Parker Martin, MSB #103938
Jackson, MS 39236                                  200 North Congress Street, Suite 400
(601) 500-5533                                     Jackson, MS 39201
                                                   Email: sellis@tpmartinch13.com


ATTORNEY FOR THE CREDITOR

/S/ Wesley H. Blacksher
Wesley H. Blacksher  Bar103026
HWPoolelaw@gmail.com
For the Firm of William C. Poole, LLC
917 Western America Circle
Suite 210
Mobile, AL 36609
(251) 344-5015