United States Bankruptcy Court
Southern District of Mississippi

In re:                                                          Case No. 26-01131-JAW

Antionne Jeremiah Sellers                                       Chapter 13

Tashaya Janita Crump

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3                    User: mssbad                    Page 1 of 2

Date Rcvd: Jul 09, 2026                 Form ID: n050                   Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5689931 | + Email/Text: ecfbankruptcy@progleasing.com | Jul 09 2026 19:32:00 | NPRTO South-East, LLC, 256 West Data Drive, Draper Ut 84020-2315 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2026        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2026 at the address(es) listed below:**

**Name**      **Email Address**

Christopher D Meyer

    on behalf of Creditor Santander Consumer USA Inc d/b/a Chrysler Capital cmeyer@burr.com
sberry@burr.com;cmccann@burr.com;kpitts@burr.com;NDBKFL@burr.com

Eric C Miller

    on behalf of Creditor Wells Fargo Bank N.A. logsecf@logs.com

Thomas Carl Rollins, Jr

    on behalf of Joint Debtor Tashaya Janita Crump trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

    on behalf of Debtor Antionne Jeremiah Sellers trollins@therollinsfirm.com

District/off: 0538-3                    User: mssbad                    Page 2 of 2
Date Rcvd: Jul 09, 2026                 Form ID: n050                   Total Noticed: 1

jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin

tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

Wesley H. Blacksher

on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. BlacksherW@aol.com,
debbie_presley.wcp@outlook.com;debbie_presley@bellsouth.net

TOTAL: 7

n050−ntcfilecos (7/25)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**In re:**

  Antionne Jeremiah Sellers
Tashaya Janita Crump
*Debtor(s)*

**Case No.:** 26−01131−JAW

**Chapter:** 13

**To:** NPRTO South−East, LLC

### Notice to File Certificate of Service

On July 9, 2026, you filed a *Withdrawal of Claim No. 19* (Dkt. # 36) on behalf of NPRTO South−East, LLC (the "Claimant") in the above−referenced case. Pursuant to Miss. Bankr. L.R. 9004−1(c) documents filed with the clerk that require notice must include a Certificate of Service ("Certificate") identifying (i) each person or entity served with the filing; (ii) the date of service; and (iii) the manner of service.

Therefore, **on or before July 23, 2026**, the Claimant must file a Certificate for the above−referenced document providing the information required by Miss. Bankr. L.R. 9004−1(c). Failure to comply with this Notice may result in a hearing to show cause why the above−referenced document should not be stricken or dismissed.

Date: July 9, 2026

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600