_____

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: July 14, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

In re                                                                         Case No.: 26-01131-JAW

Antionne Jeremiah Sellers and Tashaya Janita Crump,

                                                          Chapter: 13

            Debtors.

### AGREED ORDER ON OBJECTION OF SANTANDER CONSUMER USA INC.
### TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN

The Court has before it Creditor Santander Consumer USA Inc. dba Chrysler Capital's ("SCUSA") Objection to Confirmation of Debtors' Chapter 13 plan (docket number 30) set for hearing on June 29, 2026. The parties have announced settlement and request the Court to approve same.

SCUSA's Claim related to that 2016 Ford F-250 bearing Vehicle Identification Number 1FT7W2A69GEC04305 (the "'Collateral") [Claim 5] shall be paid pursuant to Debtors' Plan in the amount of $22,590.00, with 8.5% interest.  The remainder of SCUSA's Claim shall be treated as general unsecured.  Additionally, SCUSA's lien on the Collateral shall be retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under 1328.

69224406 v1

This lien retention language shall apply to Debtors' current Chapter 13 Plan, and any amendment or modification thereof.

**##END OF ORDER##**

*/s/ Thomas Carl Rollins, Jr.*
Thomas Carl Rollins, Jr.
*Attorney for Debtors*

*/s/ Christopher D. Meyer*
Christopher D. Meyer
*Attorney for Santander Consumer USA Inc.*
*dba Chrysler Capital*

*/s/ Semoune Ellis*
Attorney for Torri Parker Martin
*Chapter 13 Trustee*

Submitted by:
Christopher D. Meyer, Esq. (MSB 103467)
BURR & FORMAN LLP
The Pinnacle at Jackson Place
190 E Capitol Street, Suite M-100
Jackson, MS 39201
Telephone: (601) 355-3434
Facsimile: (601) 355-5150
cmeyer@burr.com

69224406 v1