United States Bankruptcy Court

Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 26-01131-JAW |
| Antionne Jeremiah Sellers | Chapter 13 |
| Tashaya Janita Crump | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Jul 14, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**          **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2026:**

| **Recip ID** | **Recipient Name and Address** |
|---|---|
| db/jdb | + Antionne Jeremiah Sellers, Tashaya Janita Crump, 1307 Winterview Dr, Jackson, MS 39211-3235 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 16, 2026 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Christopher D Meyer | on behalf of Creditor Santander Consumer USA Inc d/b/a Chrysler Capital cmeyer@burr.com sberry@burr.com;cmccann@burr.com;kpitts@burr.com;NDBKFL@burr.com |
| Eric C Miller | on behalf of Creditor Wells Fargo Bank  N.A. logsecf@logs.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Tashaya Janita Crump trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Antionne Jeremiah Sellers trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

District/off: 0538-3                       User: mssbad                                    Page 2 of 2
Date Rcvd: Jul 14, 2026                    Form ID: pdf012                                 Total Noticed: 1

Torri Parker Martin
                        tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee
                        USTPRegion05.JA.ECF@usdoj.gov

Wesley H. Blacksher
                        on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. BlacksherW@aol.com,
                        debbie_presley.wcp@outlook.com;debbie_presley@bellsouth.net


TOTAL: 7



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: July 14, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

In re                                                                Case No.: 26-01131-JAW

Antionne Jeremiah Sellers and Tashaya Janita Crump,

                                                                         Chapter: 13

          Debtors.

### AGREED ORDER ON OBJECTION OF SANTANDER CONSUMER USA INC.
### TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN

The Court has before it Creditor Santander Consumer USA Inc. dba Chrysler Capital's ("SCUSA") Objection to Confirmation of Debtors' Chapter 13 plan (docket number 30) set for hearing on June 29, 2026. The parties have announced settlement and request the Court to approve same.

SCUSA's Claim related to that 2016 Ford F-250 bearing Vehicle Identification Number 1FT7W2A69GEC04305 (the "'Collateral") [Claim 5] shall be paid pursuant to Debtors' Plan in the amount of $22,590.00, with 8.5% interest.  The remainder of SCUSA's Claim shall be treated as general unsecured.  Additionally, SCUSA's lien on the Collateral shall be retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under 1328.

69224406 v1

This lien retention language shall apply to Debtors' current Chapter 13 Plan, and any amendment or modification thereof.

**##END OF ORDER##**

/s/ Thomas Carl Rollins, Jr.
Thomas Carl Rollins, Jr.
*Attorney for Debtors*

/s/ Christopher D. Meyer
Christopher D. Meyer
*Attorney for Santander Consumer USA Inc.*
*dba Chrysler Capital*

/s/ Semoune Ellis
Attorney for Torri Parker Martin
*Chapter 13 Trustee*

Submitted by:
Christopher D. Meyer, Esq. (MSB 103467)
BURR & FORMAN LLP
The Pinnacle at Jackson Place
190 E Capitol Street, Suite M-100
Jackson, MS 39201
Telephone: (601) 355-3434
Facsimile: (601) 355-5150
cmeyer@burr.com

69224406 v1