_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: July 17, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
### Southern District of Mississippi

IN THE MATTER OF:                                                    CASE NO.: 26-01131-JAW
ANTIONNE JEREMIAH SELLERS
TASHAYA JANITA CRUMP

**\*\*\*\*\* AMENDED \*\*\*\*\***
### ORDER UPON DEBTOR DIRECTING DEDUCTIONS FOR PAY

**IT APPEARING TO THE COURT that there is now pending a certain Chapter 13 Proceeding in which the above-named DEBTOR** subjected his earnings to the jurisdiction of the Court; the **DEBTOR's** principal income is from wages, salary, or commissions; and that the **DEBTOR** is **paying personally** and is subject to such orders as may be requisite to effectuate the provisions of the plan proposed by the **DEBTOR.**

**IT IS FURTHER APPEARING THAT** it is requisite to effectuate the provisions of the **DEBTOR's** plan; that the **DEBTOR** is directed to pay a portion of the **DEBTOR's** earnings to the Court for distribution to creditors.

**IT IS ORDERED THAT** until further notice of this Court, the above-named **DEBTOR** is required to pay from the **DEBTOR's** earnings and pay over to:

**REMITTANCE BY CHECK or MONEY ORDER**                    **REMITTANCE BY CHECK or MONEY ORDER**
Torri Parker Martin                                                         TFS Direct Pay
Standing Chapter 13 Trustee                                         **https://www.tfsbillpay.com/debtor**
P.O. Box 2033                                 **OR**                  TFS Bill Pay: 1-888-800-0294
Memphis, TN 38101-2033

the sum of $2,513.00 MONTHLY .

##END OF ORDER