United States Bankruptcy Court

Southern District of Mississippi

In re:

Antionne Jeremiah Sellers

Tashaya Janita Crump

Debtors

Case No. 26-01131-JAW

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jul 15, 2026 | Form ID: n031 | Total Noticed: 44 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Antionne Jeremiah Sellers, Tashaya Janita Crump, 1307 Winterview Dr, Jackson, MS 39211-3235 |
| 5662808 | | Baptist Medical Group, P.O. Box 74533, Atlanta, GA 30384-5333 |
| 5662817 | + | Lakeland Surgical Clin, 971 Lakeland Dr, Ste 1460, Jackson, MS 39216-4684 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 15 2026 20:03:58 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Jul 15 2026 20:03:54 | Wells Fargo Bank, N.A., Attention: Bankruptcy Department MAC N92, Default Document Processing PO Box 1629, Minneapolis, MN 55440-9790 |
| 5662807 | + | Email/Text: bankruptcy@acima.com | Jul 15 2026 19:59:00 | Acima, 9815 S Monroe St, Sandy, UT 84070-4296 |
| 5662809 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 15 2026 20:04:01 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5662810 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jul 15 2026 20:04:01 | Capital One Auto, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2359 |
| 5664358 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 15 2026 20:03:58 | Capital One Auto Finance, a division of, Capital One, N.A., c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5662811 | + | Email/Text: Claims@cri.studentaid.gov | Jul 15 2026 19:59:00 | Central Research Inc, Attn: Bankruptcy, P.O. Box 83106, Lincoln, NE 68501-3106 |
| 5662812 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 15 2026 20:00:00 | Credit Collection Serv, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5662813 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 15 2026 20:03:58 | Credit One Bank, Attn: Bankruptcy Dept, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5662814 | | Email/Text: HHEBN@harriscollect.com | Jul 15 2026 19:59:00 | Harris & Harris, 222Merchandise Mart Pl, Ste 1900, Chicago, IL 60654 |
| 5662816 | + | Email/Text: ebone.woods@usdoj.gov | Jul 15 2026 19:59:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5662815 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 15 2026 19:59:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |

District/off: 0538-3        User: mssbad        Page 2 of 4

Date Rcvd: Jul 15, 2026        Form ID: n031        Total Noticed: 44

| | | | | |
|---|---|---|---|---|
| 5662818 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 15 2026 20:03:55 | LVNV Funding LLC, Attn: Bankruptcy, Po Box 1269, Greenville, SC 29602-1269 |
| 5666376 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 15 2026 20:03:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5662821 | | Email/Text: ml-ebn@missionlane.com | Jul 15 2026 19:59:00 | Mission Lane Tab Bank, Po Box 105286, Atlanta, GA 30348 |
| 5662823 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Jul 15 2026 19:59:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5662819 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jul 15 2026 19:59:00 | Mercury Card, P.O. Box 70168, Philadelphia, PA 19176-0168 |
| 5662820 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 15 2026 19:59:00 | Midland Credit Managem, P.O. Box 60578, Los Angeles, CA 90060-0578 |
| 5682089 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 15 2026 19:59:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5662822 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 15 2026 20:00:00 | Mountain Laurel Assura, P.O. Box 55126, Boston, MA 02205-5126 |
| 5689931 | + | Email/Text: ecfbankruptcy@progleasing.com | Jul 15 2026 19:59:00 | NPRTO South-East, LLC, 256 West Data Drive, Draper Ut 84020-2315 |
| 5662824 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 15 2026 19:59:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5662825 | + | Email/Text: netcreditbnc@enova.com | Jul 15 2026 20:00:00 | NetCredit, 175 W Jackson Blvd, Suite 600, Chicago, IL 60604-2948 |
| 5671120 | + | Email/PDF: cbp@omf.com | Jul 15 2026 20:03:54 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5686451 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 15 2026 20:03:55 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5662826 | + | Email/Text: ecfbankruptcy@progleasing.com | Jul 15 2026 19:59:00 | Progressive Leasing, 256 W Data Dr, Draper, UT 84020-2315 |
| 5685807 | | Email/Text: bnc-quantum@quantum3group.com | Jul 15 2026 19:59:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5667942 | | Email/Text: enotifications@santanderconsumerusa.com | Jul 15 2026 19:59:00 | Santander Consumer USA Inc., 1601 Elm St., Ste. 800, Dallas, TX 75201-7260 |
| 5667943 | | Email/Text: enotifications@santanderconsumerusa.com | Jul 15 2026 19:59:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, 1601 Elm Street, Suite 800, Dallas, TX 75201-7260 |
| 5662827 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 15 2026 19:59:00 | Santander Consumer Usa, Attn: Bankruptcy, Po Box 961211, Fort Worth, TX 76161-0211 |
| 5662828 | + | Email/PDF: cbp@omf.com | Jul 15 2026 20:04:01 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 5666320 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 15 2026 20:03:59 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5662829 | + | Email/Text: nlorenz@bankofmissouri.com | Jul 15 2026 19:59:00 | The Bank of Missoui, 216 W 2nd St, Dixon, MO 65459-8048 |
| 5676770 | + | Email/Text: Claims@cri.studentaid.gov | Jul 15 2026 19:59:00 | U.S. Department of Education c/o CRI, P.O. Box 82612, Lincoln, NE 68501-2612 |
| 5683594 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 15 2026 19:59:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |
| 5662830 | ^ | MEBN | Jul 15 2026 19:54:15 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

District/off: 0538-3                    User: mssbad                    Page 3 of 4

Date Rcvd: Jul 15, 2026                 Form ID: n031                   Total Noticed: 44

| | | | |
|---|---|---|---|
| 5665656 | Email/PDF: OGCRegionIVBankruptcy@hud.gov | Jul 15 2026 20:03:55 | U.S. Department of Housing and Urban Development,, 77 Forsyth Street SW, Atlanta, GA 30303 |
| 5662831 | ^ MEBN | Jul 15 2026 19:54:17 | Verve Mastercard, PO Box 31292, Tampa, FL 33631-3292 |
| 5686769 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Jul 15 2026 20:03:57 | Wells Fargo Bank, N.A., Attention: Bankruptcy Department, PO Box 1629, Minneapolis , MN 55440-1629 |
| 5662832 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Jul 15 2026 20:03:54 | Wfbna Hl, Po Box 10335, Des Moines, IA 50306-0335 |
| 5662833 | + Email/Text: documentfiling@lciinc.com | Jul 15 2026 19:59:00 | Xfinity/Comcast, 600 Galleria Pkwy SE, Atlanta, GA 30339-5994 |

TOTAL: 41

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Santander Consumer USA Inc d/b/a Chrysler Capital, 1601 Elm Street, Suite 800 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5665315 | ##+ | Eric C Miller, Esq., LOGS Legal Group, LLP, for Wells Fargo Bank, N.A., 579 Lakeland East Drive Suite D, Flowood MS 39232-9037 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 17, 2026                 Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher D Meyer | on behalf of Creditor Santander Consumer USA Inc d/b/a Chrysler Capital cmeyer@burr.com sberry@burr.com;cmccann@burr.com;kpitts@burr.com;NDBKFL@burr.com |
| Eric C Miller | on behalf of Creditor Wells Fargo Bank  N.A. logsecf@logs.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Tashaya Janita Crump trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Antionne Jeremiah Sellers trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | |

District/off: 0538-3                    User: mssbad                                    Page 4 of 4
Date Rcvd: Jul 15, 2026                Form ID: n031                                  Total Noticed: 44

tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

Wesley H. Blacksher

on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. BlacksherW@aol.com,
debbie_presley.wcp@outlook.com;debbie_presley@bellsouth.net


TOTAL: 7

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:**  26−01131−JAW
**Chapter:**  13

**In re:**

Antionne Jeremiah Sellers
1307 Winterview Dr
Jackson, MS 39211

Tashaya Janita Crump
aka Tashaya Janita Crump−Sellers, fka
Tashaya Janita Crump
1307 Winterview Dr
Jackson, MS 39211

Notice of Entry of Order Confirming Plan

The Court entered an Order on 07/15/2026 (Dkt. # 43 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: July 15, 2026

Danny L. Miller, Clerk of Court