United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                          Case No. 26-01131-JAW

Antionne Jeremiah Sellers                                                       Chapter 13

Tashaya Janita Crump

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 17, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2026:**

**Recip ID                Recipient Name and Address**
db/jdb                 +  Antionne Jeremiah Sellers, Tashaya Janita Crump, 1307 Winterview Dr, Jackson, MS 39211-3235

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2026                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher D Meyer | on behalf of Creditor Santander Consumer USA Inc d/b/a Chrysler Capital cmeyer@burr.com sberry@burr.com;cmccann@burr.com;kpitts@burr.com;NDBKFL@burr.com |
| Eric C Miller | on behalf of Creditor Wells Fargo Bank  N.A. logsecf@logs.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Tashaya Janita Crump trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Antionne Jeremiah Sellers trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

District/off: 0538-3                            User: mssbad                                    Page 2 of 2
Date Rcvd: Jul 17, 2026                         Form ID: pdf012                                 Total Noticed: 1

Torri Parker Martin
                              tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee
                              USTPRegion05.JA.ECF@usdoj.gov

Wesley H. Blacksher
                              on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. BlacksherW@aol.com,
                              debbie_presley.wcp@outlook.com;debbie_presley@bellsouth.net


TOTAL: 7

---



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: July 17, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

---

## IN THE UNITED STATES BANKRUPTCY COURT
### Southern District of Mississippi

IN THE MATTER OF:                                           CASE NO.: 26-01131-JAW
ANTIONNE JEREMIAH SELLERS
TASHAYA JANITA CRUMP

**\*\*\*\*\* AMENDED \*\*\*\*\***
### ORDER UPON DEBTOR DIRECTING DEDUCTIONS FOR PAY

**IT APPEARING TO THE COURT that** there is now pending a certain **Chapter 13 Proceeding** **in which the above-named DEBTOR** subjected his earnings to the jurisdiction of the Court; the **DEBTOR's** principal income is from wages, salary, or commissions; and that the **DEBTOR** is **paying personally** and is subject to such orders as may be requisite to effectuate the provisions of the plan proposed by the **DEBTOR.**

**IT IS FURTHER APPEARING THAT** it is requisite to effectuate the provisions of the **DEBTOR's** plan; that the **DEBTOR** is directed to pay a portion of the **DEBTOR's** earnings to the Court for distribution to creditors.

**IT IS ORDERED THAT** until further notice of this Court, the above-named **DEBTOR** is required to pay from the **DEBTOR's** earnings and pay over to:

| **REMITTANCE BY CHECK or MONEY ORDER** | | **REMITTANCE BY CHECK or MONEY ORDER** |
|---|---|---|
| Torri Parker Martin | | TFS Direct Pay |
| Standing Chapter 13 Trustee | | **https://www.tfsbillpay.com/debtor** |
| P.O. Box 2033 | **OR** | TFS Bill Pay: 1-888-800-0294 |
| Memphis, TN 38101-2033 | | |

the sum of $2,513.00 MONTHLY .

##END OF ORDER