**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF MISSISSIPPI**

**In RE:**

  ANTIONNE JEREMIAH SELLERS

  TASHAYA JANITA CRUMP

  **Debtor(s)**

**Chapter:**  13

**Claim Number:** 6

**Case Number:** 26-01131

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

The creditor, **Capital One Auto Finance, a division of Capital One, N.A.**, hereby requests a change to the address listed in the above-mentioned case.

Check which type of address change is being requested:

☐ Notice only          ☑ Payment only          ☐ Notice & Payment

**<u>PAYMENT ADDRESS</u>**

FROM:

  Capital One Auto Finance, a division of Capital One, N.A. c/o AIS Portfolio Services, LLC

  P.O. Box 4360

  Houston, TX 77210

TO:

  Capital One Auto Finance, a division of Capital One, N.A. c/o AIS Portfolio Services, LLC

  PO Box 661381

  Dallas,TX 75266-1381

Date:  08/11/2026

/s/ Rohan Pardeshi

Creditor's Authorized Agent for Capital One Auto Finance, a division of Capital One, N.A.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**In RE:**

    ANTIONNE JEREMIAH SELLERS
    TASHAYA JANITA CRUMP
**Debtor(s)**

**Chapter:** 13

**Case Number:** 26-01131

### Certificate of Service

I certify that on 08/11/2026, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first-class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
THOMAS CARL ROLLINS JR
TROLLINS@THEROLLINSFIRM.COM

Trustee
TORRI PARKER MARTIN
TPM@TPMARTINCH13.COM

/s/ Rohan Pardeshi

_____

Rohan Pardeshi
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
888-455-6662
ECFNotices@aisinfo.com